UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 02440
   JEFFREY EARL ENDERS
   CATHERINE ANNE ENDERS                  CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3677    SSN XXX-XX-8779
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/07 and confirmed on 05/23/07.

2. The case was dismissed after confirmation, 09/05/2008.

3. The Debtor paid a total of $ 19450.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 18776.30 | .00 | 18776.30 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 35059.51 | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1797.35 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2321.25 | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ORLAND PRIMARY CARE SPEC | UNSECURED | 905.80 | .00 | .00 |
| PALOS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PHYSICIAN PROMPT | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA SERVICE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 976.17 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 53835.81 | .00 | 6000.57 | .00 | 59836.38 |
| PRINCIPAL PAID | 18776.30 | .00 | .00 | .00 | 18776.30 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 18776.30 | .00 | .00 | .00 | 18776.30 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   3000.00 and was paid $   2100.00  direct and $        .00  through the plan.

The Trustee received $    673.70 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 12/16/08                              /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE